UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00333-SI |
| v. | **INFORMATION** |
| **ANDREA REGNELL,** | 18 U.S.C. § 641 |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between in or about May 25, 2016, and continuing through on or about through July 24, 2019, in the District of Oregon, defendant ANDREA REGNELL did knowingly and willfully steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, to wit: by receiving Social

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Security benefit funds in an approximate amount of $36,146, based on fraudulent representations and concealments;

All in violation of Title 18, United States Code, Sections 641.

Dated: September 22, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Rachel K. Sowray
RACHEL K. SOWRAY, OSB #095159
Special Assistant United States Attorney